# EXHIBIT "A"

| No. 1 | Watson Music Group, LLC dba Quadrasound Music |
|---|---|
| **Registration No.: PA 844-835** | **Registration Date: May 1, 1997** |

**Link to Alleged Infringement:**
1. https://www.instagram.com/p/C5rOaoYymBt/

**Screenshot**

