# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



PA 844-835

EFFECTIVE DATE OF REGISTRATION

| 5 | 1 | 97 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

370437 "SPACE JAM"     AS CONTAINED ON THE SPACE JAM OST   ATLANTIC RECORDS  82961

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼**  See instructions

WORDS AND MUSIC

**2**

**NAME OF AUTHOR ▼**

a) JAY MCGOWAN

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | If the answer to either of these questions is "Yes," see detailed instructions |
|---|---|---|---|
| ☐ Yes  ☒ No | OR { Citizen of ▶ _____  Domiciled in ▶ USA | Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No | |

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**NAME OF AUTHOR ▼**

b) NATHANIEL ORANGE  (PKA LEMONHEAD)

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | If the answer to either of these questions is "Yes," see detailed instructions |
|---|---|---|---|
| ☐ Yes  ☒ No | OR { Citizen of ▶ _____  Domiciled in ▶ USA | Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No | |

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**NAME OF AUTHOR ▼**

VANN BRYANT  (PKA 69 BOYZ)

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | If the answer to either of these questions is "Yes," see detailed instructions |
|---|---|---|---|
| ☐ Yes  ☒ No | OR { Citizen of ▶ _____  Domiciled in ▶ USA | Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No | |

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**NOTE**
Under the law, the "author" of a ...

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given In all cases  1996 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.  Month ▶ NOVEMBER  Day ▶ 12  Year ▶ 1996  USA ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼

QUADRASOUND MUSIC, WARNER-TAMERLANE PUB. CORP.

10585 SANTA MONICA BLVD.  LA CA 90025

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY ASSIGNMENT

**APPLICATION RECEIVED**  MAY 0 1.1997
**ONE DEPOSIT RECEIVED**  MAY 0 1.1997
**TWO DEPOSITS RECEIVED**
**REMITTANCE NUMBER AND DATE**

*DO NOT WRITE HERE  OFFICE USE ONLY*

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY [signature]

CHECKED BY

☐ CORRESPONDENCE
  Yes

**FORM PA**

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give:  **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                              **Account Number** ▼

WARNER BROS. MUSIC                    DA 063649

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

COPYRIGHT DEPT.
WARNER/CHAPPELL MUSIC, INC.
10585 SANTA MONICA BLVD.
LOS ANGELES, CA 90025

Area Code & Telephone Number ▶  **(310) 441-8600**

Be sure to
give your
daytime phone
number.

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of   WARNER-TAMERLANE PUB. CORP.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

DIANA DIETRICH                                          date ▶  2-28-97

Handwritten signature (X) ▼

[signature]

**8**

**MAIL
CERTIFI-
CATE TO**

**Certificate
will be
mailed in
window
envelope**

Name ▼
WARNER/CHAPPELL MUSIC, INC. - ATTN. COPYRIGHT DEPT.

Number/Street/Apartment Number ▼
10585 SANTA MONICA BLVD.

City/State/ZIP ▼
LOS ANGELES, CA 90025

**YOU MUST**
· Complete all necessary spaces
· Sign your application in space 8
**SEND ALL ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the
authority to adjust fees at
5-year intervals, based on
changes in the Consumer
Price Index. The next
adjustment is due in 1996.
Please contact the Copyright
Office after July 1995 to
determine the actual fee
schedule.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.