IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Case No. 1:26-cv-02876

WATSON MUSIC GROUP, LLC.
d/b/a QUADRASOUND MUSIC,

      Plaintiff,

v.

EKIBEN, LLC d/b/a EKIBEN BALTIMORE,

      Defendant.

---

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Watson Music Group, LLC d/b/a Quadrasound Music ("Plaintiff") hereby provides the following information:

1.    **For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:**  There is no parent corporation or publicly held corporation that owns 10% or more of Plaintiff's stock.

2.    **A complete list of all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:**

  A.  Watson Music Group, LLC d/b/a Quadrasound Music

  B.  Ekiben, LLC

  C.  Copycat Legal PLLC

  D.  Daniel DeSouza, Esq.

Dated: July 23, 2026.                COPYCAT LEGAL PLLC

3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
      Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Daniel DeSouza

Daniel DeSouza, Esq.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228